UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PHILLIP C. MADDOX
ADC #135004                                                                                    PLAINTIFF

v.                          CASE NO: 3:11cv00060 BSM

MISSISSIPPI COUNTY JAIL et al.                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed today, judgment is entered dismissing this case with prejudice with respect to Maddox's claims against defendants Brent Davis and the Mississippi County Jail, and without prejudice with respect to his claims against defendant Brian Betts; the relief sought is denied. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE